AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>DESHAWN HOWARD<br><br>*Defendant(s)* | Case No.<br>23-MJ-5378-MAS |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 30, 2023** in the county of **Fayette** in the **Eastern** District of **Kentucky**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. Section 846 & 841 (a)(1) | Conspiracy to Possess With Intent to Distribute a mixture or substance containing 40 grams or more of Fentanyl, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

/s/ Michael Trueblood
*Complainant's signature*

Michael Trueblood, Special Agent - DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Criminal. P. 4.1 transmitted by reliable electronic means (e-mail).

Date: 11/22/2023

*Judge's signature*

City and state: Lexington, KY

Matthew A. Stinnett, United States Magistrate Judge
*Printed name and title*